■ JERRY R. HALL, Doing Business as LAKEWOOD SUPPLY CO., Respondent, v. CARL G. EK & SON CONSTRUCTION CO., INC., et al., Appellants.— Stay granted on condition that records and briefs are filed and served on or before September 19 and that case is argued at October 1962 Term.

■ KENNETH I. BOEKHOUT, Respondent, v. LOIS B. BOEKHOUT, Appellant. — Appeal dismissed unless records and briefs are served and filed on or before September 24, 1962. Memorandum: We do not mean to indicate by this decision that we consider the order from which a portion of the appeal is taken directing defendant to answer certain questions on her examination before trial to be appealable.

■ ANNA GALBRAITH, as Administratrix of the Estate of JAMES F. GALBRAITH, Deceased, Appellant, v. JOHN B. PIKE & SON, INC., et al., Respondents. — Motion granted to prosecute appeal as a poor person and on one typed copy of the stenographic minutes of the trial, an original and five typed copies of the other papers constituting the record on appeal and five typed appellant's briefs, and Francis G. Hessney, Esq., assigned as counsel to conduct the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANN P. GIBSON.— Rocco D. Potenza, Esq., removed as counsel and Philip L. Evans, Esq., substituted.